HUGHES TOOL COMPANY v. SOUTHWESTERN TOOL COMPANY.

No. 927.

Circuit Court of Appeals, Tenth Circuit.

Oct. 23, 1933.

998

Ames, Cochran, Ames & Monnet, of Oklahoma City, Okl., for appellant.

Arthur C. Brown, of Kansas City, Mo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on stipulation.